**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 15-25393** |
| | ) | |
| **LEONARD A OESER,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor(s). | ) | **JUDGE BRUCE W. BLACK** |
| | ) | **(Joliet)** |

**NOTICE OF MOTION**

To:   **By ECF Notice:**
Patrick S Layng, Office of the U.S.T., 219 S Dearborn St., Room 873, Chicago, IL 60604-2027
Jason A. Kara, Geraci Law LLC, 55 E Monroe St. Suite 3400, Chicago, IL 60603
       **By US Mail:**
See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
AMENDED NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 8th day of August, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Peter N. Metrou*
　　　　　　　　　　　　　　　　　　　　　　 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

ARS National Services
Bankruptcy Dept.
PO Box 469100
Escondido,CA 92046-9100

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital Management Services
Bankruptcy Dept.
726 Exchange St., Ste. 700
Buffalo,NY 14210-1464

Capital ONE  N.A.
C/O Midland Funding
8875 Aero Dr Ste 200
San Diego,CA 92123-2255

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa,IL 60045-3438

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls,SD 57117-6497

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington,DE 19850-5298

CITI
Attn: Bankruptcy Dept.
Po Box 6241
Sioux Falls,SD 57117-6241

Citizens ONE AUTO FIN
Attn: Bankruptcy Dept.
480 Jefferson Blvd
Warwick,RI 02886-1359

Citizens One Auto Finance fka Citizens
Auto
443 Jefferson Blvd
RJW 135
Warwick, RI 02886-1321

Client Services Inc
Bankruptcy Dept.
3451 Harry S Truman Blvd
St Charles,MO 63301-4047

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington,DE 19850-5316

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Jason A. Kara
Geraci Law L.L.C.
55 E Monroe St. Suite #3400
Chicago, IL 60603-5920

Kendall County Clerk
Doc# 15SC398
807 W. John St.
Yorkville,IL 60560-9249

Kendall County Collector
111 W Fox Street #114
Yorkville, IL 60560-1621

Kendall County Treasurer
PIN # 03-04-127-024
111 Fox St.
Yorkville,IL 60560-1621

Leonard A Oeser
1815 Morning Glory Ct
Montgomery, IL 60538-2929

Midland Credit Management, Inc as agent
for
Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

PYOD, LLC its successors and assigns
as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602 9008

SERVICE LIST

| | | |
|---|---|---|
| Real Time Resolutions<br>Bankruptcy Dept.<br>1349 Empire Central Dr, Ste 150<br>Dallas,TX 75247-4029 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | U.S. BANK National Association<br>C/O Portfolio Recovery ASS<br>120 Corporate Blvd Ste 1<br>Norfolk,VA 23502-4962 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Wells Fargo BANK NV NA<br>Attn: Bankruptcy Dept.<br>Po Box 31557<br>Billings,MT 59107-1557 | Wells Fargo Bank, N.A.<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 |