UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
                                   §
LEONARD A OESER                    §     Case No. 15-25393
                                   §
                                   §
         Debtor                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 211,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 22,050.00 |
| Total Distributions to Claimants: 13,881.79 | Claims Discharged<br>Without Payment: 409,590.82 |
| Total Expenses of Administration: 2,495.55 | |

  3) Total gross receipts of $ 19,777.34  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,400.00  (see **Exhibit 2**), yielded net receipts of $ 16,377.34  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 358,099.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,495.55 | 2,495.55 | 2,495.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,995.00 | 36,033.93 | 36,033.93 | 13,881.79 |
| **TOTAL DISBURSEMENTS** | $ 425,094.00 | $ 38,529.48 | $ 38,529.48 | $ 16,377.34 |

4) This case was originally filed under chapter 7 on 07/27/2015 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016                  By: /s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Chevrolet Avalanche 1500 LS | 1129-000 | 19,777.34 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,777.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| OESER, LEONARD A. | Exemptions | 8100-002 | 3,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens ONE AUTO FIN | | 5,099.00 | NA | NA | 0.00 |
| 3 | Wells Fargo BANK NV NA | | 353,000.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. 480 Jefferson Blvd | | 0.00 | NA | NA | 0.00 |
| | Attn: Bankruptcy Dept. Po Box 31557 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Billings MT 59107 | | 0.00 | NA | NA | 0.00 |
| | Warwick RI 02886 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 358,099.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,387.73 | 2,387.73 | 2,387.73 |
| Peter N. Metrou | 2200-000 | NA | 40.33 | 40.33 | 40.33 |
| Associated Bank | 2600-000 | NA | 67.49 | 67.49 | 67.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,495.55** | **$ 2,495.55** | **$ 2,495.55** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 21,087.00 | NA | NA | 0.00 |
| | 4 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 2,406.00 | NA | NA | 0.00 |
| | 5 CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 55.00 | NA | NA | 0.00 |
| | 6 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,864.00 | NA | NA | 0.00 |
| | 7 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 7,029.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS National Services Bankruptcy Dept. PO Box 469100 Escondido CA 92046 | | 0.00 | NA | NA | 0.00 |
| | Capital Management Services Bankruptcy Dept. 726 Exchange St., Ste. 700 Buffalo NY 14210 | | 0.00 | NA | NA | 0.00 |
| | Client Services Inc Bankruptcy Dept. 3451 Harry S Truman Blvd St Charles MO 63301 | | 0.00 | NA | NA | 0.00 |
| | Kendall County Clerk Doc# 15SC398 807 W. John St. Yorkville IL 60560 | | 0.00 | NA | NA | 0.00 |
| | Real Time Resolutions Bankruptcy Dept. 1349 Empire Central Dr, Ste 150 Dallas TX 75247 | | 0.00 | NA | NA | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 0.00 | 2,406.43 | 2,406.43 | 1,195.93 |
| 1 | DISCOVER BANK | 7100-000 | 1,514.00 | 1,514.35 | 1,514.35 | 752.59 |
| 2 | KENDALL COUNTY COLLECTOR | 7100-000 | 4,111.00 | 8,101.32 | 8,101.32 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR | 7100-000 | 10,389.00 | 10,388.67 | 10,388.67 | 5,162.90 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR | 7100-000 | 2,739.00 | 1,843.40 | 1,843.40 | 916.12 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 7,468.00 | 5,742.31 | 5,742.31 | 2,853.79 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 3,333.00 | 3,333.25 | 3,333.25 | 1,656.54 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 2,704.20 | 2,704.20 | 1,343.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,995.00 | $ 36,033.93 | $ 36,033.93 | $ 13,881.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-25393 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | LEONARD A OESER | | | | Date Filed (f) or Converted (c): | 07/27/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/24/2015 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 12/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1815 Morning Glory Ct  Montgomery, IL 60538 (Debto | 226,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with Old Second | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Use Household goods; TV DVD player, TV Stand | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD's, DVD's, Tapes/Records, Family Pictures | 350.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6. Watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insruance- No cash Surrender Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Chevrolet Avalanche 1500 LS | 18,975.00 | 16,377.34 | | 19,777.34 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $248,625.00          $16,377.34          $19,777.34          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidation of equity in vehicle. Claims review in progress.

RE PROP #          8   --   Insurance proceeds from totaled vehicle.

Initial Projected Date of Final Report (TFR): 10/01/2015          Current Projected Date of Final Report (TFR): 09/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-25393 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: LEONARD A OESER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5454 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0024 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/06/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 8 | GEICO INSURANCE<br>One Geico CenterMacon, GA 31296-0001 | Liq value of vehicle | 1129-000 | $19,777.34 | | $19,777.34 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $12.33 | $19,765.01 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.43 | $19,736.58 |
| 12/08/15 | 5001 | OESER, LEONARD A.<br>1815 Morning Glory CourtMontgomery, IL 60538 | Exemptions on Vehicle<br>Payment for Debtor's claimed two exemptions on vehicle | 8100-002 | | $3,400.00 | $16,336.58 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $26.73 | $16,309.85 |
| 09/12/16 | 5002 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $2,428.06 | $13,881.79 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($2,387.73) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($40.33) | 2200-000 | | | |
| 09/12/16 | 5003 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 38.52 % per court order. | 7100-000 | | $583.39 | $13,298.40 |
| 09/12/16 | 5004 | KENDALL COUNTY COLLECTOR<br>111 W FOX STREET #114<br>YORKVILLE, IL 60560 | Final distribution to claim 2 representing a payment of 38.52 % per court order. | 7100-000 | | $3,120.97 | $10,177.43 |
| 09/12/16 | 5005 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 3 representing a payment of 38.52 % per court order. | 7100-000 | | $4,002.15 | $6,175.28 |
| 09/12/16 | 5006 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Final distribution to claim 4 representing a payment of 38.52 % per court order. | 7100-000 | | $710.16 | $5,465.12 |

Page Subtotals: $19,777.34   $14,312.22

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-25393 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | LEONARD A OESER | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5454 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0024 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/16 | 5007 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 5 representing a payment of 38.52 % per court order. | 7100-000 | | $927.06 | $4,538.06 |
| 09/12/16 | 5008 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 38.52 % per court order. | 7100-000 | | $1,284.11 | $3,253.95 |
| 09/12/16 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 7 representing a payment of 38.52 % per court order. | 7100-000 | | $1,041.77 | $2,212.18 |
| 09/12/16 | 5010 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO U.S. BANK NATIONAL ASSOCIATION POB 41067 NORFOLK, VA 23541 | Final distribution to claim 8 representing a payment of 38.52 % per court order. | 7100-000 | | $2,212.18 | $0.00 |
| 09/20/16 | 5004 | KENDALL COUNTY COLLECTOR 111 W FOX STREET #114 YORKVILLE, IL 60560 | Final distribution to claim 2 representing a payment of 38.52 % per court order. Reversal Kendall County Collector returned check indicating that the claim was satisfied by the mortgage company, Wells Fargo. See paperwork in banking file. | 7100-000 | | ($3,120.97) | $3,120.97 |
| 10/20/16 | 5011 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 49.70 % per court order. | 7100-000 | | $169.20 | $2,951.77 |

| | | | | Page Subtotals: | $0.00 | $2,513.35 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-25393
Case Name: LEONARD A OESER
Taxpayer ID No: XX-XXX0024
For Period Ending: 12/06/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5454
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/16 | 5012 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI 48090 | Final distribution to claim 3 representing a payment of 49.70 % per court order. | 7100-000 | | $1,160.75 | $1,791.02 |
| 10/20/16 | 5013 | MIDLAND CREDIT MANAGEMENT, INC AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI 48090 | Final distribution to claim 4 representing a payment of 49.70 % per court order. | 7100-000 | | $205.96 | $1,585.06 |
| 10/20/16 | 5014 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 5 representing a payment of 49.70 % per court order. | 7100-000 | | $268.87 | $1,316.19 |
| 10/20/16 | 5015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 49.70 % per court order. | 7100-000 | | $372.43 | $943.76 |
| 10/20/16 | 5016 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 7 representing a payment of 49.70 % per court order. | 7100-000 | | $302.15 | $641.61 |
| 10/20/16 | 5017 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO U.S. BANK NATIONAL ASSOCIATION POB 41067 NORFOLK, VA 23541 | Final distribution to claim 8 representing a payment of 49.70 % per court order. | 7100-000 | | $641.61 | $0.00 |

|  |  | COLUMN TOTALS | $19,777.34 | $19,777.34 |
|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  |  | Subtotal | $19,777.34 | $19,777.34 |
|  |  | Page Subtotals: | $0.00 | $2,951.77 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $3,400.00 |
| Net | $19,777.34 | $16,377.34 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5454 - Checking Account (Non-Interest Earn | $19,777.34 | $16,377.34 | $0.00 |
|  | $19,777.34 | $16,377.34 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $19,777.34 |
| Total Gross Receipts: | $19,777.34 |

Page Subtotals:   $0.00   $0.00